IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| | Violation: 18 U.S.C. §§ 2113(a), 2113(d), and 2 |
| JAY DOUGLAS BARKER | |

**Armed Bank Robbery**

The Grand Jury Charges:

On or about March 8, 2017, in the District of North Dakota,

JAY DOUGLAS BARKER

did, by force, violence, and intimidation, take from the person and presence of credit

union personnel, money belonging to and in the care, custody, control, management, and

possession of Citizens Community Credit Union, St. John, North Dakota, whose deposits

were then insured by the National Credit Union Administration Board, and in committing

such offense did assault and put in jeopardy the life of another person by the use of a

dangerous weapon;

In violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

A TRUE BILL:


/s/ Grand Jury Foreperson
Foreperson


/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

JTR:ld