## REQUEST FOR WARRANT UPON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on March 15, 2017, against JAY DOUGLAS BARKER charging the following:

18 U.S.C. §§ 2113(a) and 2113(d) – armed bank robbery
18 U.S.C. § 2 – aiding and abetting

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

[X]   The United States will not be in a position to recommend conditions release until it has reviewed the bond study to be performed by Pretrial Services.

[ ]   The United States recommends that:

   [ ]   bail be set at   $ _____

   [ ]   defendant be detained without bail.

COMMENTS:

Dated this  15th  of  March  , 2017.


_____
CHRISTOPHER C. MYERS
United States Attorney