Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

MAR 15 2017

DISTRICT OF NORTH DAKOTA

United States of America
v.
Jay Douglas Barker

Case No.  3:17-cr-71

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jay Douglas Barker
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Armed Bank Robbery
Aiding and Abetting

Date: 03/15/2017

/s/ Ashley Sanders
*Issuing officer's signature*

Ashley Sanders, Deputy Clerk
*Printed name and title*

City and state:

### Return

This warrant was received on *(date)* 3/15/17, and the person was arrested on *(date)* 5/1/17
at *(city and state)* Rolla, ND

Date: 5/3/17

*Arresting officer's signature*

Christopher J. Poha Olson
*Printed name and title*