AUGUSTA GA 309
10 JUN 2020 PM 1 T

Jay D. Barker 16599-059
Federal Correctional Institution
P.O. Box 725
Edgefield
29824-0725

Judge Erickson
Federal Courthouse
U.S. District Court
Fargo, N. Dakota

5810284384 C0E5